UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. _____

| | |
|---|---|
| TT CLUB INSURANCE LIMITED a/s/o MEDALLION TRANSPORT AND LOGISTICS, LLC | ) ) ) ) |
| and | ) ) |
| MEDALLION TRANSPORT AND LOGISTICS, LLC | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| INTEGRATED LOGISTICS SERVICES, INC. | ) ) ) ) |
| Defendant. | |

**COMPLAINT**

COMES NOW, Plaintiffs TT Club Insurance Limited a/s/o Medallion Transport, LLC ("TT Club") and Medallion Transport, LLC ("Medallion"), by and through Counsel, and for their Complaint against Integrated Logistics Services, Inc. ("ILS") states as follows:

## I. PARTIES

1.  TT Club is a foreign company with a principal place of business located at 90 Fenchurch St., London, United Kingdom, EC3M 4ST, and at all relevant times to this action had issued a policy of insurance to Medallion.

2.  Medallion is a North Carolina limited liability company with its principal place of business located at 307 Oates Road, Suite H, Mooresville, North Carolina 28117.

3. Medallion is a property broker engaged in the business of arranging for the shipment of goods in interstate commerce pursuant to an authority granted to it by the Federal Motor Carrier Safety Administration under docket number MC-221460.

4. ILS is a Illinois corporation with its principal place of business located at 6655 South Cass Avenue, Unit 3B, Westmont, Illinois 60559.

5. ILS is a motor carrier engaged in the business of transporting goods in interstate commerce pursuant to an authority granted to it by the Federal Motor Carrier Safety Administration under docket number MC-915745.

6. As a federally licensed motor carrier ILS has to file and maintain a BOC-3 listing an agent to accept process in every state pursuant to 49 C.F.R. § 366.2.

7. ILS' BOC-3 agent for the State of North Carolina is Coleen A. Girard who is located at 209 Cook Road, Casar, North Carolina 28020.

8. ILS is engaged in the business of providing interstate carriage for hire pursuant to its Federal transportation authority and operates in the state of North Carolina.

## II. JURISDICTION AND VENUE

9. This is a civil action brought against ILS, a common carrier, arising out of a breach of a contract to carry goods in interstate commerce governed by "The Carmack Amendment to the Interstate Commerce Act" 49 U.S.C. § 14706 *et. seq*. due to ILS's failure to deliver certain goods (the "Subject Shipment") arranged to be shipped by Medallion and consigned to Pratt Industries – Valparaiso ("Pratt's") facility at 3155 State Road 49, Valparaiso, OH 46383, shipped under a bill of lading (**Appendix C**), which were supposed to be shipped
2

from Burrows Paper Corporation's ("Burrows") facility at 2000 Commerce Center Dr., Franklin, OH by ILS.

10. On information and belief, ILS operates throughout the United States of America, including within Western District of North Carolina; therefore, this Court has subject matter jurisdiction over this dispute and personal jurisdiction over ILS as a delivering carrier pursuant to 49 U.S.C. § 49 U.S.C. § 14706(d)(1).

11. Venue is proper in the Statesville division of the United States District Court for the Western District of North Carolina.

### III. FACTS

12. Plaintiff repeats and re-alleges the allegations contained in Paragraphs 1 through 12 of this Complaint as though fully restated herein.

13. On or about August 11, 2015 Medallion and ILS entered into a Broker Contract Carrier Agreement ("Agreement"). A true and accurate copy of the Medallion / ILS Broker Contract Carrier Agreement is attached hereto as **Appendix A**.

14. Pursuant to Section 8 of the Agreement ILS owes a duty of indemnification to Medallion.

15. Pursuant to Section 15 of the Agreement the Parties agreed that the exclusive forum for the resolution of any and all disputes is Iredell County, North Carolina.

16. Pursuant to the Agreement on or about November 17, 2016 Medallion arranged for ILS to transport a shipment of paper goods (the "Subject Shipment") to be transported in interstate commerce from Franklin, Ohio to Valparaiso, Indiana. Medallion issued a rate confirmation sheet to ILS regarding the Subject Shipment a true and accurate copy is attached hereto as **Appendix B**.

17. Pursuant to the Agreement, and the rate confirmation, ILS arrived at the shipper's facility in Franklin, Ohio and accepted the Subject Shipment for transport and was issued a bill of lading. A true and accurate copy of the bill of lading is attached hereto as **Appendix C**.

18. ILS received the Subject Shipment in good condition from the shipper at origin.

19. While transporting the Subject Shipment ILS' tractor was involved in an accident in Indiana and the trailer flipped over causing the goods comprising the Subject Shipment to spill onto the roadway.

20. The Subject Shipment consisted of paper goods used in food production and thus the Shipment was contaminated during the accident and deemed unfit for use in food production.

21. The Shipment was destroyed and Medallion received a claim from the beneficial owner of the goods in the amount of $39,928.32. See the claim documentation attached as **Appendix D**.

22. Medallion submitted the claim to ILS and ILS did not tender payment.

23. Medallion paid the beneficial owner of the goods in full for its loss and damage and was assigned any and all rights the beneficial owner had to the goods. *See* **Appendix E.**

24. Medallion submitted the damage claim to TT Club, its contingent insurer, and was paid for the claim less its $15,000 deductible.

25. As of the date of this pleading ILS has not paid TT Club and/or Medallion for the loss of the Shipment.

## COUNT I
## Carmack Claim Integrated Logistics Services, Inc.

26. Plaintiffs repeat and realleges the allegations contained in paragraphs above of this Complaint as though fully restated herein.

27. Pursuant to the Agreement, and rate agreement, ILS agreed to transport the Shipment on behalf of Medallion's client from Ohio to Indiana.

28. ILS issued a bill of lading upon tender of the Subject Shipment at origin showing that ILS received the Shipment in good condition. **See Appendix C.**

29. While the Subject Shipment was in ILS' care, custody and control it was damaged and lost.

30. ILS failed to deliver the Subject Shipment to destination in good condition.

31. The actual value of the Subject Shipment is $39,928.32.

32. Having paid the beneficial owner of the Subject Shipment and having been assigned the rights Burrow's rights to make claims for damages to the Subject Shipment, Medallion stand in that owner's place and asserts a claim against ILS for the value of the Subject Shipment.

33. Medallion is entitled to recover $39,928.32 in damages from ILS.

## COUNT II
## Indemnity Claim under Broker Carrier Agreement

34. Plaintiffs repeat and re-allege the allegations contained in paragraphs above of this Complaint as though fully restated herein.

35. Under the Agreement, ILS agreed to defend and hold broker harmless from any liability resulting from loss or damage to cargo shipped pursuant to the agreement, including liability for costs defend claims and reasonable attorney's fees.

36. Once Medallion received the claim from Burrow for the damage to the Subject Shipment, it was forward promptly to ILS for resolution.

37. ILS took no action to resolve the claim or defend Medallion its liability to Burrows for damage to the Subject Shipment in breach of the Agreement.

38. As a proximate result of ILS's breach of the Agreement, Medallion incurred damages of $39,928.32 as costs to resolve Burrow's claim, costs and reasonable attorney's fees for which ILS is liable under the Agreement.

WHEREFORE TT Club and Medallion respectfully requests that the Court enter judgment against Defendant Integrated Logistics Services, Inc. as follows:

(i) That judgment is entered against ILS in the amount of $39,928.32;

(ii) That Plaintiffs are awarded their costs and attorney's fees in this matter;

(iii) That the Court grant Plaintiffs all further relief that it deems necessary and proper.

This the 19 day of October, 2017.

CLARK, NEWTON & EVANS, P.A.
*Counsel for Plaintiffs*
By:

/s/ Seth P. Buskirk
NC Bar No. 36664
spb@clarknewton.com
509 Princess St.
Wilmington, North Carolina 28401
Telephone: (910) 762 8743
Facsimile: (910) 762 6206

6

Case 5:17-cv-00187-FDW-DCK   Document 1   Filed 10/19/17   Page 6 of 6