UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 5:17-cv-00187-FDW-DCK

| | |
|---|---|
| TT CLUB INSURANCE LIMITED a/s/o MEDALLION TRANSPORT AND LOGISTICS, LLC<br><br>and<br><br>MEDALLION TRANSPORT AND LOGISTICS, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>INTEGRATED LOGISTICS SERVICES, INC.,<br><br>    Defendant. | DEFAULT JUDGMENT |

THIS MATTER is before the Court on Plaintiffs' TT Club Insurance Limited ("TT Club") and Medallion Transport and Logistics, LLC's ("Medallion's") Motion for Default Judgment against Defendant Integrated Logistics Services, Inc. ("ILS") (Doc. No. 7), and it appears from the record that:

1. The Complaint in this action was filed on October 19, 2017 (Doc. No. 1).

2. Service of process required by Fed R. Civ. P. 4 was made on Defendant on November 11, 2017 (Doc. No. 6, p. 2).

3. Defendant was required to file an answer or other responsive pleading within 21 days after being served under Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Defendant has not filed an answer, responsive pleading, or otherwise appeared in the above captioned action.

1

5. The time to file an answer, responsive pleading, or otherwise appear has expired as to Defendant.

6. The Clerk entered default against Defendant on January 9, 2018 (Doc. No. 9).

7. TT Club seeks damages against Defendant of a sum certain of $24,928.32 evidenced by a Declaration executed by TT Club's Claims Executive (Doc. No. 1, ¶ 24-25; Doc. No. 8-9).

8. Medallion seeks damages against Defendant of a sum certain of $15,000.00 evidenced by a Declaration executed by Medallion's Chief Financial Officer (Doc. No. 1, ¶ 24-25; Doc. No. 8-8). The Court notes total damages sought against ILS are $39,928.32, and Plaintiffs consent to and have no dispute as to the division of those damages amongst themselves.

9. Medallion and TT Club seek attorneys' fees and costs from ILS and summarily argue they "are entitled to an award of reasonable attorneys' fees and costs incurred in prosecuting this action based on the Agreement" (Doc. No. 8, p. 4). Plaintiffs provide no other argument or authority in support of their motion for attorneys' fees and costs. Without any basis or supporting affidavit, the Court denies without prejudice Plaintiffs' motion to the extent it requests attorneys' fees and costs.

NOW THEREFORE, pursuant to Fed R. Civ. P. 55(b), the Court enters judgments against Defendant in favor of TT Club in the amount of $24,928.32 and in favor of Medallion in the amount of $15,000.00.

IT IS THEREFORE ORDERED that Plaintiffs' Motion (Doc. No. 7) is GRANTED in part as to the default judgment and DENIED WITHOUT PREJUDICE in part as to the request for attorneys' fees and costs.

IT IS SO ORDERED.

Signed: July 16, 2018

Frank D. Whitney
Chief United States District Judge